■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO FIGUEROA, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County (Schneier, J.), rendered April 9, 1984, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

The evidence presented, viewed in the light most favorable to the prosecution, established defendant's guilt beyond a reasonable doubt *(see, People v Contes,* 60 NY2d 620, 621).

Defendant's remaining contentions involved errors which are either unpreserved or can be considered harmless. Mollen, P. J., Mangano, Lawrence and Kooper, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLAN FREEDMAN, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County (Lonschein, J.), rendered December 15, 1977, convicting him of attempted criminal possession of a controlled substance in the sixth degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Mollen, P. J., Gibbons, Brown, Niehoff and Eiber, JJ., concur.